## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01103-RPM-KMT

MARVIN MOBLEY,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                         BY THE COURT:

June 16th, 2011                    s/Richard P. Matsch
_____      _____
DATE                              Richard P. Matsch, Senior Judge